# CIVIL CAUSE ON TRIAL

(5/00)

BEFORE JUDGE: __GLEESON__   DATE: __3/13/12__   TIME: __9:30am – 3:30am__

DOCKET NUMBER: __10-CV-2676__

TITLE: __Williams v. The City of New York et al__

COURT DEPUTY: __Ilene Lee__   CR: __Allan Sherman__

APPEARANCES:

FOR PLAINTIFF:   __Gary S. Fish__
FOR PLAINTIFF:   _____
FOR PLAINTIFF:   _____
FOR DEFENDANT:  __Morgan D. Kunz__
FOR DEFENDANT:  __Jeffrey A. Dougherty__
FOR DEFENDANT:  _____

- [✓] CASE CALLED.
- [ ] JURY ORDERED AND VOIR DIRE BEGINS   [ ] VOIR DIRE CONT'D.
- [ ] JURY SELECTED AND SWORN.
- [ ] PLAINTIFF OPENS   [ ] DEFENDANT OPENS   [ ] TRIAL BEGINS
- [✓] TRIAL RESUMED.
- [ ] PLTFF RESTS.   [✓] DEFT RESTS.
- [✓] PLTFF SUMMATION.   [✓] DEFT SUMMATION.   [ ] PLTFF REBUTTAL.
- [✓] JURY CHARGED & DELIBERATIONS BEGIN.
- [✓] JURY REACHES VERDICT.   [ ] FOR THE PLAINTIFF   [✓] FOR THE DEFENDANT
- [ ] JURY POLLED.   [✓] JURY EXCUSED WITH THE THANKS OF THE COURT.
- [✓] TRIAL CONCLUDED.

- Defendants rest. – Plaintiff summation; defendants summation
- Jurors charged and deliberations begin.
- Jury Verdict reached for the defendant.
- Jurors excused with the Thanks of the Court.
- Trial finished.

→