



BROOKLYN OFFICE

*WILLIAMS v. SNEIDER AND THE CITY OF NEW YORK*
10 CV 2676 (JG)
Verdict Sheet

*Liability*

1. Has the plaintiff proved by a preponderance of the evidence that Detective Sneider used more force to arrest him than was reasonably necessary?

    _____ Yes        __X__ No

2. Has the defendant proved by a preponderance of the evidence that the plaintiff invited him into his home, or otherwise consented to his entry, before the arrest?

    _____ Yes        __X__ No

3. Has the defendant proved by a preponderance of the evidence that the arrest occurred at the doorway to the plaintiff's home or outside the home, as Detective Sneider testified?

    __X__ Yes        _____ No

4. Do you find that the defendant and others broke through the door and entered the apartment without consent, as the plaintiff testified, to place handcuffs on him?

    _____ Yes        __X__ No

*Damages*

**Note: Answer the following questions only if you have answered "yes" to either Question 1 or Question 4.**

1. What amount of compensatory damages, if any, has the plaintiff proved by a preponderance of the evidence?

    $ _____

2. Is the plaintiff entitled to punitive damages?   Yes _____   No _____

    If yes, in what amount?    $ _____

Dated: Brooklyn, New York
       March 13, 2012

                                            _____
                                            Foreperson